United States District Court
Southern District of Texas
**ENTERED**
August 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-24-385 |
| | § | |
| SANJAY KUMAR | § | |

# O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 20). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 17, 2025 |
| Responses are to be filed by: | March 31, 2025 |
| Interim Pretrial Conference is set for : | **January 16, 2025 at 9:30 a.m.** |
| Pretrial conference is reset to**:** | **April 7, 2025 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **April 14, 2025 at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days before the final pretrial conference.

SIGNED on August 19, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge