# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                               Case Number: 4:24−cr−00385

Sanjay Kumar

---

# NOTICE OF RESETTING

**A proceeding has been reset in this case as to Sanjay Kumar as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/5/2026

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Sentencing

---

Date: February 13, 2026                                                Nathan Ochsner, Clerk