United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:24-CR-385 |
| § | |
| SANJAY KUMAR § | |
| Defendant. § | |

## ORDER IMPOSING MONEY JUDGMENT

The United States has moved for imposition of a money judgment of $58,823, and Defendant Sanjay Kumar is unopposed.

Defendant Sanjay Kumar pleaded guilty to Count 1 of the Indictment. Count 1 charges Defendant with Conspiracy to Traffic in Counterfeit Goods, in violation of Title 18, United States Code, Section 2320(a)(4).

The United States provided notice to the Defendant in the Indictment that pursuant to Title 18, United States Code, Section 2232(a) and (b), upon the Defendant's conviction, the United States would seek forfeiture of any article, the making or trafficking of which is prohibited by Title 18, United States Code, Section 2320; any property used or intended to be used to commit or facilitate the commission of such offense; and all property constituting or derived from proceeds obtained directly and indirectly as a result of such offense. The United States also gave notice that it would seek a money judgment equal to the total value of the property subject to forfeiture.

The Defendant admitted in the Plea Agreement that he and his co-conspirators received approximately $89,268 from undercover agents for their sales of Keytruda using counterfeit marks. The United States contends that the evidence shows that the Defendant received at least $58,823 from the conspiracy that forms the basis of the count of conviction, and the United States has moved for the imposition of a money judgment in the amount of $58,823.

Having considered the motion, the Plea Agreement, the record and the applicable law, the Court ORDERS:

1. That Defendant Sanjay Kumar shall forfeit $58,823 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to forfeit the Defendant's property in substitution in accordance with Title 21, United States Code, Section 853(p).

This Order will be made part of the Defendant's sentence and included in the judgment.

Signed in Houston, Texas, on the 5th day of March 2026.

Lee H. Rosenthal
United States District Judge