UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-24-385 |
| | § | |
| SANJAY KUMAR | § | |

## GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE COURT:

Pursuant to the plea agreement, the United States of America moves to dismiss Counts Two through Five of the indictment against the defendant. The defendant has been convicted and sentenced on Count One.

Respectfully Submitted,

JOHN MARCK
Acting United States Attorney

JAY HILEMAN
Assistant United States Attorney